# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                Plaintiff,

vs.

Shannon James Kepler,

                Defendant(s).

Case Number: 20-cr-276-GKF
Proceeding: Bond hearing
Date: 12-14-2020
Court Time:

## MINUTE SHEET

| Paul J. Cleary, U.S. Magistrate Judge | D. Gross, Deputy Clerk | C1, Reporter |

Counsel for Plaintiff: Ross Lenhart

Counsel for Defendant: Stanley Monroe, Appt.

Minutes: Case called for purpose of setting conditions of release. Defendant appears in custody with counsel. Discussion was made regarding conditions of release once the Oklahoma Court of Criminal Appeal is ruled upon. Defendant remanded to the custody of the U.S. Marshal.