IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 20-CR-00276-GKF |
| SHANNON JAMES KEPLER, | ) |
| Defendant. | ) |

**ORDER**

Upon the motion of the United States (Doc. 62), the Court hereby ORDERS the following:

1) The government is authorized to issue a subpoena requiring the Tulsa Police Department to provide the government with all materials regarding any internal and/or criminal investigations of Shannon Steele and Marcus Harper on or before February 2, 2021.

2) The government is required to promptly inspect these materials, obtain any necessary follow-up materials, and determine which, if any, materials must be disclosed to the defense.

3) To the extent that any items are produced to the defense by the government in accordance with this ORDER, they are subject to the protective ORDER previously issued in this matter.

IT IS SO ORDERED this 25th day of January, 2021.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE