## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

Case #  20-cr-276-GKF

## NOTE FROM THE JURY

YOUR HONOR:

We, the jury,  have selected _ **Redacted**

Please Print the Name of the Foreperson

as our foreperson in the above mentioned case.

Date: 4-26-21

Time: 11:27 A.m.

**Redacted**

Signature of Foreperson

JR-09a (9/05)



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Case # 20-cr-276-GKF

## NOTE FROM THE JURY

YOUR HONOR:

Please define "crime of violence", with respect to #29 (last line, first paragraph)

Date: 4-26-21

Time: 3:05 pm

**Redacted**

Signature of Foreperson

## RESPONSE FROM THE COURT

TO THE JURY:

As stated in Jury Instruction No. 26, "You are instructed that First Degree Murder in Indian Country and Second Degree Murder in Indian Country are crimes of violence." Count Two of the indictment accuses the defendant of committing either or both of those crimes of violence.

Date: 4/26/21

Time: 3:45 p.m.

United States District Court Judge

JR-09b (9/05)


EXHIBIT
COURT
2
20-cr-276-GKF

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Case #  20-cr-276-GKF

## NOTE FROM THE JURY

YOUR HONOR:

We have A Verdict

Date: 4-26-21

Time: 6:07 PM

**Redacted**

Signature of foreperson

## RESPONSE FROM THE COURT

TO THE JURY:

Date: _____

Time: _____

_____
United States District Court Judge

JR-09b (9/05)


EXHIBIT
COURT
3
20-cr-276GKr