# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

**UNITED STATES OF AMERICA**
　　　　　　　　　　　　　Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　Case Number: 20-CR-00276-GKF

**SHANNON JAMES KEPLER**
　　　　　　　　　　　　　Defendant.

### WITNESS LIST FOR TRIAL

**SUBMITTED BY ATTORNEY:** Ross Lenhardt, Sean Taylor

**PARTY REPRESENTED:** Plaintiff

| No | Name (Do NOT Include Addresses) | Date/Time of Testimony (To Be Completed By Clerk) |
|---|---|---|
| 1 | Michael Eaton | |
| 2 | Joe Ryan Perkins | 4/20/21: 10:44 – 10:49 am |
| 3 | Jocelyn Finley | 10:50 – 11:32 am |
| 4 | Mark Kennedy | 11:33 – 12:28, 1:32 – 2:23 |
| 5 | Linda Hamlett | 2:24 – 2:37 |
| 6 | James Steward | 2:37 – 2:47 |
| 7 | Ashley Harrington | 2:48 – 2:57 |
| 8 | David Pyle | 3:00 – 3:17 |
| 9 | Josh Goldstein | 4/21/21: 1:30 – 1:39 |
| 10 | Amber McCarty | 4/20/21: 4:39 – 4:41 |
| 11 | Kristi Gardner | 4:42 – 4:45 |
| 12 | Ashley Kite | 4:47 – 4:57 |
| 13 | Shawn Kite | 4/21/21: 1:40 – 1:55 |
| 14 | Mark Ohnesorge | 1:56 – 2:06 |
| 15 | Kelvin Williams | |
| 16 | William Daniel Lynchard | 4/21/21: 2:07 – 2:13 |
| 17 | Michael Hamilton | 4/20/21: 3:37 – 4:38 |

| # | Name | Time |
|---|---|---|
| 18 | Lisa Kepler | 4/21/21: 3:33 – 4:58 |
| 19 | Josh Mills | 4/21/21: 11:12 – 12:22 |
| 20 | Terah Shorter | ↓  2:14 – 2:25 |
| 21 | Iris ~~Graf~~ Dalley-Graff | 4/22/21: 9:13 – 11:37 |
| 22 | Michael Robertson | 4/21/21: 2:26 – 2:37 |
| 23 | Jason White | |
| 24 | David Walker | |
| 25 | Tammy Bryan | 4/21/21: 3:00 – 3:13 |
| 26 | Alice Bonifield | ↓  2:42 – 2:59 |
| 27 | Ronald Jones | 4/21/21: 2:38 – 2:41 |
| 28 | Gina Kepler | 4/22/21: 11:38 – 11:51 |
| 29 | Richard O'Carroll | Stipulation read on 4/22/21 at 11:53 |
| 30 | Robert Yerton | 4/22/21: 12:14 – 12:21 |
| 31 | Margaret Loveall | 4/22/21: 11:57 – 12:13 |
| 32 | Mary Goolsby | 4/21/21: 9:03 – 10:51 |
| 33 | Tiffany Dyer | 4/22/21: 2:04 – 2:14 |
| 34 | Joy Bucklin | 4/22/21: 12:33 – 12:44, 1:47 – 1:51 |
| 35 | Catharine Worthen | ↓  2:15 – 2:48 |
| 36 | Tara Wade | 4/22/21: 1:52 – 2:01 |

Submit to Courtroom Deputy (Do NOT File)