# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA
        Plaintiff,

vs.                       Case Number: 20-CR-00276-GKF

SHANNON JAMES KEPLER
        Defendant.

## EXHIBIT LIST FOR TRIAL

**SUBMITTED BY ATTORNEY:** Ross Lenhardt, Sean Taylor

**PARTY REPRESENTED:** Plaintiff

| No. | Ofr | Obj | Adm | Description |
|---|---|---|---|---|
| 1 | ✓ | | ✓ | Recording of 911 call |
| 2 | ✓ | | ✓ | Transcript of 911 call |
| 3 | ✓ | | ✓ | Facebook screenshots |
| 4 | ✓ | | ✓ | Tulsa Police Department record re: Jeremey Lake #1 |
| 5 | ✓ | | ✓ | Tulsa Police Department record re: Jeremey Lake #2 |
| 6 | ✓ | | ✓ | Tulsa Police Department record re: Jeremey Lake #3 |
| 7 | ✓ | | ✓ | Tulsa Police Department record re: Jeremey Lake #4 |
| 8 | ✓ | | ✓ | Tulsa Police Department record re: Jeremey Lake #5 |
| 9 | ✓ | | ✓ | Tulsa Police Department record re: Jeremey Lake #6 |
| 10 | ✓ | | ✓ | Tulsa Police Department record re: Jeremey Lake #7 |
| 11 | ✓ | | ✓ | Tulsa Police Department record re: Jeremey Lake #8 |
| 12 | ✓ | | ✓ | Tulsa Police Department record re: Jeremey Lake #9 |
| 13 | ✓ | | ✓ | Tulsa Police Department record re: Jeremey Lake #10 |
| 14 | ✓ | | ✓ | Photo of Street Signs |
| 15 | ✓ | | ✓ | Photo of Lake Body #1 |
| 16 | ✓ | | ✓ | Photo of Lake Body #2 |
| 17 | ✓ | | ✓ | Photo of Lake Body #3 |
| 18 | ✓ | | ✓ | Photo of Lake Body #4 |

| # | | | Description |
|---|---|---|---|
| 19 | ✓ | ✓ | Photo of Lake Body #5 |
| 20 | | | Photo of Lake Body #6 |
| 21 | | | Photo of Lake Body #7 |
| 22 | | | Photo of Porch #1 |
| 23 | | | Photo of Porch #2 |
| 24 | | | Photo of Porch #3 |
| 25 | | | Photo of Porch #4 |
| 26 | | | Photo of Porch #5 |
| 27 | | | Photo of Porch #6 |
| 28 | | | Scene Diagram (Michael Hamilton) |
| 29 | | | Scene Diagram (Lisa Kepler) |
| 30 | | | Scene Diagram (Josh Mills) |
| 31 | | | Medical Examiner Diagrams |
| 32 | | | Tulsa Police Department Equipment Issue Sheet |
| 33 | | | Photo of Revolver #1 |
| 34 | | | Photo of Revolver #2 |
| 35 | | | Photo of Revolver #3 |
| 36 | | | Photo of Revolver #4 |
| 37 | | | Photo of Revolver #5 |
| 38 | | | Photo of Kepler Home #1 |
| 39 | | | Photo of Kepler Home #2 |
| 40 | | | Photo of Kepler Home #3 |
| 41 | | | Photo of Kepler Home #4 |
| 42 | | | Photo of Kepler Home #5 |
| 43 | | | Photo of SUV #1 |
| 44 | | | Photo of SUV #2 |
| 45 | | | Photo of SUV #3 |
| 46 | | | Photo of SUV #4 |
| 47 | | | Photo of SUV #5 |
| 48 | | | Photo of SUV #6 |
| 49 | | | Photo of SUV #7 |
| 50 | | | Photo of SUV #8 |
| 51 | | | Photo of SUV #9 |
| 52 | ✓ | ✓ | Photo of SUV #10 |

| # | | | | Description |
|---|---|---|---|---|
| 53 | ✓ | | ✓ | Photo of SUV #11 |
| 54 | | | | Photo of SUV #12 |
| 55 | | | | Photo of SUV #13 |
| 56 | | | | Photo of SUV #14 |
| 57 | | | | Photo of SUV #15 |
| 58 | | | | Photo of SUV #16 |
| 59 | | | | Photo of SUV #17 |
| 60 | | | | Photo of SUV #18 |
| 61 | | | | Photo of SUV #19 |
| 62 | | | | Arrest and Booking sheet of Jeremey Lake from Kepler residence |
| 63 | | | | David L. Moss Intake Screening Form |
| 64 | | | | David L. Moss Intake Health Screening |
| 65 | | | | David L. Moss Intake Mental Health Screening |
| 66 | | | | David L. Moss Mental Health Initial Evaluation |
| 67 | | | | Walgreens records |
| 68 | | | | Kepler's Tribal Citizenship |
| 69 | | | | Map of MCN Boundary |
| 70 | | | | Map of Shooting Location, Motel 6, and Kepler residence |
| 71 | | | | Map of Shooting Location, Motel 6, and Kepler residence w/ Fire Stations, Hospitals, and Police Stations |
| 72 | | | | Photo of Michael Hamilton #1 |
| 73 | | | | Photo of Michael Hamilton #2 |
| 74 | | | | S&W .357 Revolver |
| 75 | | | | Ammunition and Casings from S&W .357 Revolver |
| 76 | | | | Knit Hat |
| 77 | | | | Graff Diagrams |
| 78 | | | | Stipulation re: Richard O'Carroll's Testimony |
| 79 | | | | Stipulation re: Kepler's Indian Status |
| 80 | ↓ | | ↓ | Stipulation re: Indian Country |
| 81 | | | | Photos of Jimenez |
| 82 | ✓ | | ✓ | Tulsa Laboratory Report |
| 83 | ✓ | | ✓ | Forensic Laboratory Discovery Packet |
| 84 | ✓ | ✓ | ✓ | Photo of inside Kepler house |

Submit to Courtroom Deputy (Do NOT File)

Exhibit List for Trial/Hearing CV-16A (6/2014)