# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,        Plaintiff(s),

vs.                              Case Number: 20-CR-00276

SHANNON JAMES KEPLER

                                 Defendant(s).

## WITNESS LIST FOR TRIAL

**SUBMITTED BY ATTORNEY:** Stanley D. Monroe

**PARTY REPRESENTED:** Shannon James Kepler

| No  | Name (Do NOT Include Addresses) | Date/Time of Testimony (To Be Completed By Clerk) |
|-----|---------------------------------|---------------------------------------------------|
| 1.  | Heather Winters                 | 4/22/21: 3:13 – 3:30                              |
| 2.  | Charles Bono                    |                                                   |
| 3.  | Jennifer Berry                  | 4/22/21: 3:32 – 3:36                              |
| 4.  | David Gionta                    | ↓ 3:57 – 4:01                                     |
| 5.  | Gene Watkins                    | 4/23/21: 9:08 – 9:19                              |
| 6.  | Brian Clark                     | 4/22/21: 3:37 – 3:55                              |
| 7.  | Tara Wade                       |                                                   |
| 8.  | Brent Brimacomb                 | 4/22/21: 4:03 – 4:12                              |
| 9.  | Christa Clark                   | 4/23/21: 10:07 – 10:28                            |
| 10. | Brenda Smith                    | 4/23/21: 9:20 – 9:53                              |
| 11. | Shannon Steele                  |                                                   |
| 12. | David Young                     | 4/23/21: 2:23 – 2:33                              |
| 13. | Sara O'Mara                     | 4/23/21: 2:03 – 2:21                              |
| 14. | Freddie Michael Bauer           | ↓ 2:21 – 2:40                                     |
| 15. | Alice Wilson                    |                                                   |
| 16. | Marnie Waller                   |                                                   |
| 17. | Teresa Stewart                  | 4/23/21: 9:55 – 10:06                             |
| 18. | Shannon James Kepler            | ↓ 10:55 – 12:08; 1:12 – 2:02                      |

Submit to Courtroom Deputy (Do NOT File)

Witness List for Trial/Hearing CV-15A (6/2014)