# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

**UNITED STATES OF AMERICA**
　　　　　　　　　　　　　　　　　Plaintiff,

vs.　　　　　　　　　　　　　　　　Case Number: **20-CR-00276**

**SHANNON JAMES KEPLER**
　　　　　　　　　　　Defendant.

### EXHIBIT LIST FOR TRIAL

**SUBMITTED BY ATTORNEY:** Stanley D. Monroe

**PARTY REPRESENTED:** Shannon James Kepler

| No. | Ofr | Obj | Adm | Description |
|---|---|---|---|---|
| 1 | | | | Second 911 call from 8/5/14 |
| 2 | ✓ | | ✓ | 911 call from 8/3/14 re: Heather Winters assault |
| 3, 3 a-k | ✓ | | ✓ | Photos of "trash can gun" (discovered by Brian Clark) |
| 4 | ✓ | | ✓ | Photos of knife carried by Jeremey Lake |
| 5 & 5a | ✓ | | ✓ | Photo of Josh Mills on 8/5/14 |
| 6 | ✓ | | ✓ | Facebook picture of Jeremey Lake flashing gang sign |
| 7 a&b | ✓ | | ✓ | Facebook post of Josh Mills "wasted" |
| 8 | ✓ | ✓ | NO | Protective Order against Josh Mills |
| 9, 9a-9b | ✓ | | ✓ | Photo of Jeremey Lake's Property |
| 10 | ✓ | | ✓ | Property Receipt |
| 11 | ✓ | | ✓ | Jimenez Gun |

Submit to Courtroom Deputy (Do NOT File)

Exhibit List for Trial/Hearing CV-16A (6/2014)