IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 20-CR-00276-GKF |
| ) | |
| SHANNON JAMES KEPLER, ) | |
| ) | |
| Defendant. ) | |

**VERDICT FORM**

We, the jury, being duly sworn and upon our oaths, find the defendant, Shannon James Kepler:

As to Count One of the Indictment:

Not Guilty __X__     Guilty _____

As to Count Two of the Indictment:

Not Guilty _____     Guilty __X__

Answer the following only if you have found the defendant "guilty" as to Count Two:

We, the jury, unanimously find that the defendant committed the following underlying offense through the use of a firearm (choose one or both):

_____ First Degree Murder in Indian Country

__X__ Second Degree Murder in Indian Country

We, the jury, unanimously find that the firearm was (choose one or both):

__X__ Used

__X__ Discharged

As to Count Three of the Indictment:

Not Guilty _____  Guilty \_\_\_X_____

Redacted

FOREPERSON

4-26-21
DATE