*1049360787*

**DISTRICT COURT**
**F I L E D**

APR 26 2021

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

# IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
## STATE OF OKLAHOMA

**STATE OF OKLAHOMA**

                                        Plaintiff,

vs.

**MICHAEL NOAH MONROE**
**HAMILTON**

                                        Defendant.

Case No.   **CF- 2 0 2 1 - 1 7 3 3**
**Felony Information**
**TPD 2020-042733**

## INFORMATION

**BE IT REMEMBERED:**

That **Stephen A. Kunzweiler**, the duly elected and qualified **District Attorney for Tulsa County, Oklahoma**, who prosecutes in the name and by the authority of **The State of Oklahoma**, comes now into the District Court of Tulsa County, State of Oklahoma, and gives the Court to understand and be informed that:

### (COUNT 1)
### 21 O.S. 1123(A)

**MICHAEL NOAH MONROE HAMILTON, on or about between February 1, 2020 and March 31, 2020**, in Tulsa County, State of Oklahoma and within the jurisdiction of this Court, did commit the crime of **Lewd Molestation**, a Felony, by unlawfully, knowingly and intentionally, looking upon, touching or feeling the body or private parts of one S.K.W., a 10 year old female child, in a lewd or lascivious manner, by then and there looking upon her buttocks and/or touching her buttocks with his hands. The said defendant being 18 years old and being then and there three or more years older than S.K.W.

### (COUNT 2)
### 21 O.S. 1123(A)

**MICHAEL NOAH MONROE HAMILTON, on or about between February 1, 2020, and March 31, 2020**, in Tulsa County, State of Oklahoma and within the jurisdiction of this Court, did commit the crime of **Lewd Molestation**, a Felony, by unlawfully, knowingly and intentionally, looking upon, touching or feeling the body or private parts of one S.M.W., a 6 year old female child, in a lewd or lascivious manner, by then and there placing his penis on and/or in her buttocks multiple times. The said defendant being 18 years old and being then and there three or more years older than S.M.W.

**EXHIBIT**
*A*

ORIGINAL

CF-2021-1733

Contrary to the form of the statutes in such cases made and provided, and against the peace and dignity of the State.

Stephen A. Kunzweiler
Tulsa County District Attorney

By:

Amy Faltisko, OBA #33386
Assistant District Attorney

ORIGINAL