IN THE DISTRICT COURT WITHIN AND FOR TULSA COUNTY, STATE OF OKLAHOMA

STATE OF OKLAHOMA,  )
             )
     Plaintiff,  )
vs.          )
             )  Case No. CF-2021-1733
Michael Noah Monroe Hamilton  )
             )
             )
     Defendant(s).  )

AFFIDAVIT

STATE OF OKLAHOMA  )
            )ss.
COUNTY OF TULSA  )

DISTRICT COURT
F I L E D
APR 26 2021
DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

The undersigned, of lawful age, being first duly sworn, upon oath deposes and states as follows:
1. She is a detective for the Tulsa Police Department.
2. She has read certain official investigative reports and statements of witnesses regarding the above named Defendant(s) and, from these statements and reports it appears as follows:

A) That between February 2020 and March 2020 the Defendant sexually abused ten-year-old "SKW" and six-year-old "SW". That this occurred at [redacted]. That the Defendant and victims were residing at the same residence at the time of the abuse.

B) That on 7/17/2020 SKW disclosed to her mother, Stormi Wilkins, that her cousin, the Defendant, touched her inappropriately. The Defendant was drunk and came in her room and tried to take her blanket. That the Defendant touched her butt and SKW hit the Defendant in his private area. SKW disclosed to her mother that another time the Defendant put her on her stomach on the couch and pulled her pants down. After holding her down for a few minutes the Defendant let her up.

C) That on 7/27/2020 SKW was forensically interviewed at the Children's Advocacy Center. SKW disclosed that the Defendant touched her butt with his hand over her clothes. She stated this happens a lot. SKW demonstrated what the Defendant's hand was doing when he touched her butt (she moved her hand slightly back and forth).

D) That on 7/27/2020 SW was forensically interviewed at the Children's Advocacy Center. SW disclosed that the Defendant did bad stuff to her that she didn't want to talk about it today because it is not fun.

E) That on 8/7/2020 SW wanted to talk to Monica Di Santo with the Department of Human Services (DHS). Di Santo interviewed SW at the Children's Advocacy Center. SW disclosed that the Defendant came to her bed and "did the bad stuff". SW said, the "sex things". SW explained what she meant, "boys and girls do the sex things so they can get the babies". SW told Di Santo that the Defendant's body was laying above her body and she was on her stomach on the "bed of blankets". The Defendant's body was laying above her "doing push-ups on me". SW disclosed that the Defendant had pulled his pants down "a little". She felt his "boy wienie" on the outside of her body. SW disclosed that this happened a lot of times on different days. This always happened at her grandmother's house. SW disclosed that the Defendant did bad things to her in the garage. SW was standing up and the Defendant was standing behind her. The Defendant, "pulled both our pants down and put his boy wienie on my butt". SW could feel this.

F) That the Defendant was interviewed and made admissions. The Defendant admitted to going into the bedroom with SKW and pulling the blankets off her. He pulled her pants down and wanted to see it that he was curious. He denied touching SKW but stated, "I did want to feel it, I did." The Defendant admitted being sexually curious that he stopped when he saw SKW's panties. The Defendant admitted that he watched a Tik Tok video of an adult female with large breasts dancing around provocatively. He showed SW the video and asked if she could do that. The Defendant stated, "She kind of pulled her pants down and she kind of shaked it." He saw SW's bare butt. The Defendant admitted there was a possibility that he got turned on while wrestling with them (SKW and SW). He stated there may have been a couple times he got an erection while wrestling with them. The Defendant stated that SW was not lying when she disclosed that she felt him pressing up against her a couple of times (while erect). The Defendant stated he rubbed up against SW while they were wrestling, and it felt good. The Defendant stated, "I didn't mean to do what I did." He said that he doesn't feel good about it and doesn't want his life being ruined.

G) That the Defendant is identified as Michael Noah Monroe Hamilton. The Defendant is a white male, 511, 220 pounds, with brown hair and brown eyes. The Defendant's date of birth is [redacted]. The Defendant's last known address is [redacted].


EXHIBIT B

(Continued on next page)

WHEREFORE, Affiant prays this Honorable Court to issue a warrant for the arrest of the within named Defendant(s), that he/she/they may be brought before a magistrate and held to answer for the offense(s) of

_____

_____
AFFIANT – Detective P.L. Maker

Subscribed and sworn to before me this __11__ day of __September__, 20_20_.

My commission expires __8-1-2024__

_____
Notary Public

### FINDING OF PROBABLE CAUSE

On this __23__ day of __April__ 20__21__ the above styled and numbered cause came on for hearing before me, the undersigned Judge of the District Court of Tulsa County, Oklahoma, upon the Affidavit of DET. P.L. Maker requesting that a warrant of arrest be issued for the within named Defendant(s), that he/she/they might be arrested and held to answer for the offense(s) of __Lewd Mol x 2__. Based upon said Affidavit I am satisfied and do hereby find that the offense(s) of __Lewd mol x 2__ has/have been committed and that there is probable cause to believe the within named Defendant(s) has/have committed said offense(s) and that a warrant of arrest should issue.

Dated this __23__ day of __April__ 20__21__.

_____
JUDGE OF THE DISTRICT COURT

Further Your Affiant Sayeth Not