## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                                        Plaintiff,

vs.

Shannon James Kepler,

                                        Defendant.

Case No.:        20-cr-276-GKF

Proceeding:    Jury Trial
Date:              4/19/2021 – 4/26/2021
Total Time:    28 hours 23 minutes

**MINUTE SHEET - CRIMINAL TRIAL**

Gregory K. Frizzell, U.S. District Judge        K. Perkins, Deputy Clerk        Brian Neil, Reporter

Counsel for Plaintiff:    Ross Lenhardt, Sean Taylor    Counsel for Defendant:    Stan Monroe Appt.
Case Agent:                  Tara Wade, FBI Agent
Appears in Person:        ☒ Pltf. ☒ Deft. ☒ Parties announce ready    ☒ Jury impaneled & admonished
Opening Statement:       ☒ Pltf. ☒ Deft. ☒ Rule is invoked        ☐ Deft. defers until close of Pltf. Case
                                  ☒ Plaintiff presents case in chief with testimony of witnesses  ☒ Plaintiff rests
Exhibits admitted:         ☒ Pltf. ☒ Deft.
Motion for:                   ☐ Pltf. ☒ Deft. ☒ Judgment of Acquittal    ☐ granted  ☒ denied
4/22 - 23/2021:            ☒ Defendant presents case in chief with testimony of witnesses  ☒ Defendant rests
Renew Motion for:        ☐ Pltf. ☒ Deft. ☒ Judgment of Acquittal    ☐ granted  ☒ denied
 4/26/2021:                 ☒ Court instructs Jury    ☒ Closing Arguments    ☒ CSO sworn        ☒ Jury deliberates
Jury returns:                ☒ verdict        ☐ hung verdict        ☒ is polled  ☒ is discharged
                                  Jury finds Deft.:  ☒ Guilty, as to Cts,        2 and 3
                                                        ☒ Not Guilty, as to Ct.    1
                                  ☒ Case referred to Probation Office for Presentence Investigation Report (Ashlyn Lollman)
Sentencing set for:        8/11/2021            at 1:30 p.m.
Defendant:                   ☐ stand on present bond    ☒ remanded to USM
                                  ☒ Exhibits returned to Parties
                                  ☒ Ordered that Jury lunch paid for at Government expense on:
                                     4/20 – 4/26/2021

Court Time:

| 4/19/21: | 4/20/21: | 4/21/21: | 4/22/21: | 4/23/2021: | 4/26/2021: |
|---|---|---|---|---|---|
| jury selection | 9:32 – 11:10 | 9:02 – 10:51 | 9:03 – 10:45 | 9:00 – 10:27 | 9:00 – 11:03 |
| 2:02 – 3:42 | 11:29 – 12:28 | 11:11 – 12:22 | 11:05 – 12:45 | 10:54 – 12:08 | Deliberation began |
| 4:01 – 5:29 | 1:31 – 3:17 | 1:28 – 3:13 | 1:47 – 2:52 | 1:12 – 2:55 | 3:30 – 3:32 |
| | 3:33 – 4:57 | 3:32 – 4:59 | 3:12 – 4:13 | Informal Inst Conf: | 6:07 – 6:30 |
| | | | | 3:36 – 4:25 | |
| | | | | Formal Inst Conf: | |
| | | | | 6:29 – 6:36 | |

Minute Sheet Trial


EXHIBIT
C

(CR-01a Modified 6/2020)

Minute Sheet - Criminal Trial, Case No. 20-cr-276-GKF (continued)

**Additional Minutes:**

4/19/2021:    Jury selection began and the jury was impaneled.  Remaining prospective jurors thanked and released.  Reconvene on 4/20/21 at 9:00 a.m.

4/20/2021:    Opening statements made and Plaintiff presented case in chief.  Trial to reconvene on 4/21/2021 at 9:00 a.m.

4/21/2021:    Plaintiff resumed presenting case in chief.  Trial to reconvene on 4/22/2021 at 9:00 a.m.

4/22/2021:    Plaintiff resumed presenting case in chief.  Agreed redacted Grand Jury testimony of Lisa Kepler was read into the record for the jury.  Plaintiff rested.  Outside presence of the jury, defendant's motion for judgment of acquittal was heard and denied.  Defendant presented case in chief.  Trial to reconvene on 4/23/2021 at 9:00 a.m.

4/23/2021:    Defendant resumed presenting case in chief and rested.  Outside presence of the jury, defendant's renewed motion for judgment of acquittal was heard and denied.  Closing arguments will be 30/45/15.  Jury was brought in and excused to return on Monday, 4/26/2021 at 9:00 a.m.  Informal and formal jury instruction conference was held; objections stated for the record.

4/26/2021:    Outside the presence of the jury, court stated further ruling on instructions. Counsel waived the reporting of jury instructions.  Jury was present and instruction; closing arguments were made.  At 3:05 pm, question received from jury and counsel had no objection to the court's response (Court Exhibit 2).  Verdict was reached and published to the jury; defense counsel requested polling of the jury.  Defendant agrees to the forfeiture allegation being determined by the court.