

**Stanley Monroe <stan@sdmonroe.com>**

## US v Kepler raps of witnesses

**Lenhardt, Ross (USAPAW)** <Ross.Lenhardt@usdoj.gov>  Thu, Apr 15, 2021 at 7:26 PM
To: "Taylor, Sean (USATXE) 1" <Sean.Taylor@usdoj.gov>, Stanley Monroe <stan@sdmonroe.com>
Cc: "Paisner, Leah (USAOKN)" <Leah.Paisner@usdoj.gov>, "Wade, Tara (OC) (FBI)" <twade2@fbi.gov>

Oh, and Michael Hamilton confirmed that he had smoked weed earlier today. *Shocking*, I know.

**From:** Lenhardt, Ross (USAPAW)
**Sent:** Thursday, April 15, 2021 8:15 PM
**To:** Taylor, Sean (USATXE) 1 <STaylor1@usa.doj.gov>; Stanley Monroe <stan@sdmonroe.com>
**Cc:** Paisner, Leah (USAOKN) <LPaisner@usa.doj.gov>; Wade, Tara (OC) (FBI) <twade2@fbi.gov>
**Subject:** US v Kepler raps of witnesses



EXHIBIT D