# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

United States of America,
        Plaintiff,
vs.

Shannon James Kepler,
        Defendant.

Case No.: 20-cr-276-GKF
Date: 1/7/2022
Court Time: 9:30 am to 10:46 am

**MINUTE SHEET - SENTENCING**

Gregory K. Frizzell, U.S. District Judge    K. Perkins, Deputy Clerk    Laura Griffin, Reporter

Counsel for Plaintiff: Ross Lenhardt, Sean Taylor    Counsel for Defendant: Stanley Monroe, Appt.
Probation Officer: Ashlyn Lollman, Tony Marsh    Interpreter: ☐ sworn; ☐ N/A

☒ Defendant appears in person with counsel    ☐ Counsel waived    ☐ Evidentiary
☒ Plaintiff & Defendant reviewed PSI:    ☒ Objs by:    ☒ Pltf    ☒ Deft;    ☒ Rulings ASIR    ☒ Court adopts/accepts
☒ 18:3553 Findings re: PSI/Sentence made;    ☐ Findings re: Plea Agreement Accepted
☒ Sentence re: Guideline; ☒ Findings made;    ☐ Departure:    ☐ Variance:    ☐ Upward    ☐ Downward
☒ Victim present and heard: Carl Morse    ☒ Victim impact statements read into the record by Plaintiff
☒ Defendant and counsel asked if they care to say anything before sentence is pronounced, and no cause to the contrary being shown
☒ Motion [Dkt. 193]:    ☐ Granted    ☒ Denied    ☐ Granted/Denied in part    ☐ Moot

**SENTENCE: As to Count**    2    **of the Indictment**

☒ Bureau of Prison for a term of    300 months    ☐ Concurrent    ☐ Consecutive    ☐ Not Imposed
☒ Supervised Release for term of    3 years    ☐ Concurrent    ☐ Consecutive    ☐ Not Imposed
☐ Fine:    $    ☐ With Interest    ☐ Interest Waived    ☒ Not Imposed
☒ Restitution:    $ TBD *See Below    ☐ With Interest    ☐ Interest Waived    ☐ Not Applicable
☒ Special Monetary Assessment    $ 100    ☒ Due Immediately    ☐ As Directed
☒ Order of Forfeiture [Dkt. 137]: is hereby incorporated into the Judgment by reference

**STANDARD CONDITIONS as previously adopted by this court including the following additional conditions:**

☒ Firearm, Ammunition, et al Restriction      ☐ Gambling; ☐ to include treatment
☒ DNA Sample      ☐ Home Detention Condition - ___ months*
☒ Controlled Substances Restriction      ☐ Immigration
☐ Alcohol Abstinence      ☒ Mental Health; ☐ to include treatment
☐ Anger Management      ☐ No contact with Victim
☐ Community Confinement - ___ months      ☐ Restitution
☐ Community Service - ___ hours      ☒ Search & Seizure
☐ Computer Restriction      ☐ Sex Offender - Paragraphs ___
☐ Curfew - ___ months*      ☐ Sober Living
☐ Domestic Violence Program      ☐ Substance Abuse Treatment & Testing
☐ Drug Testing    ☒ Drug Testing Suspended      ☐ Workforce Development
☐ Financial      *Entire cost of the electronic monitoring shall be paid by: ☐ Prob ☐ Deft

☒ Defendant advised of right to appeal      Court recommends to BOP:
☒ Appeal affidavit required      ☐ Designate a facility located in or near: ___
     ☐ Maximum Security Facility where Incoming and Outgoing Mail is monitored
☐ Remaining counts ordered dismissed:
☒ Defendant remanded to custody of U.S. Marshal

**Additional Minutes:** *Oral restitution request for the victim's headstone is granted. Written request to be made within 30 days with defendant's response due 14 days thereafter.

Minute Sheet Sentencing      (CR-01b 12/2021)